UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 09 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ESTATE OF CATHERINE BROWN MORRIS and TODDELLA D. BROWN, individually and as Trustee of the Catherine Brown Morris Revocable Living Trust,

    Plaintiffs - Appellants,

v.

THE BANK OF NEW YORK MELLON, as successor-in-interest to JP Morgan Chase Bank, N.A., Trustee of Structured Asset Mortgage Investments II Trust 2005-AR8, a New York corporation; et al.,

    Defendants - Appellees.

No. 19-55092

D.C. No. 5:18-cv-01973-SJO-SP
U.S. District Court for Central California, Riverside

**MANDATE**

The judgment of this Court, entered March 31, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7